26-MJ-5018-JGD

# AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

## Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking. In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2. I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3. I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled

purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## Purpose of Affidavit

4. I submit this affidavit in support of an application for a criminal complaint charging Danis Esteban Piron Lara with violations of 7 U.S.C. § 2024(b), Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits, 18 U.S.C. § 1035(a)(2), Making False Statements Relating to a Health Care Program, and 18 U.S.C. § 1028A, Aggravated Identity Theft.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## Background Information on SNAP

6. SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

7. Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary

through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

8. To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as Lawful Permanent Resident (LPR) who has earned, or can be credited with, 40 quarters of work. An applicant for SNAP benefits must also provide proof of their identity, *i.e.*, the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

9. Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

10. An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits. All applicants must acknowledge this in the application. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA.

## Probable Cause

11. The HSI New England DBFTF is currently investigating a group of undocumented

persons who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain identity documents and public benefits that they would not otherwise be eligible to receive, such as Social Security numbers ("SSN"), SNAP, Supplemental Security Income ("SSI"), MassHealth, and United States passports.

12. In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the months of December 2024 and March of 2023. It is unlawful for a person to receive SNAP benefits in more than one state in any month.

13. In December 2024, Massachusetts DTA issued SNAP benefits to approximately 495 identities simultaneously receiving SNAP benefits in Puerto Rico.

14. In December 2024, J.C.[1] received SNAP benefits in Massachusetts and Puerto Rico simultaneously. An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

15. According to MA DTA records, the individual claiming to be J.C. submitted an application for SNAP benefits on or about March 11, 2019, and included what appears to be a fake or altered birth certificate as proof of identification. On the application, the applicant represented

---

[1] The identity of victim J.C. is known to the government. The victim's full name is J.A.C.C. In order, these initials represent the victim's first name, middle name, paternal last name and maternal last name. To protect the victim's privacy, only the initials "J.C.", "J.A.C.", or "J.C.C." are used in this affidavit to reflect the variations of the victim's full name.

himself as J.C. with the date of birth xx/xx/1976,[2] and SSN xxx-xx-4349.[3] The applicant provided an address on Blue Hill Avenue in Dorchester, MA.

16. On March 30, 2024, the individual claiming to be J.C. signed and submitted a recertification form to DTA to continue receiving SNAP benefits. On this form, the individual claiming to be J.C. listed the Target Address as his home and updated his phone number. The individual signed the recertification form with the name J.A.C. and affirmed that the information provided was true and complete and that he understood he could face penalties for giving incorrect or incomplete information.

17. According to MA DTA, between April 2021 and June 2025, the individual posing as J.C. received $12,522.00 in SNAP benefits from Massachusetts.

### Identity of J.C. in Puerto Rico

18. I have obtained a record of the Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the PR driver's license of J.C. The record indicates that J. C. has the date of birth xx/xx/1976 and SSN xxx-xx-4349[4] (the same day and year of birth and social security number used by the individual who obtained Massachusetts SNAP and other benefits). The record also contains a photograph of a man whom I believe to be the real J.C.

---

[2] The individual claiming to be J.C. used a date of birth with the same day and year as the victim's birthdate but a different month on his SNAP application. He uses this same birthdate (same day and year as the victim but different month) on his MassHealth paperwork and on applications submitted to the Massachusetts Registry of Motor Vehicles. *See infra* ¶¶ 21, 22, and 26.

[3] The victim's SSN has been partially redacted herein. The redacted SSN referenced in the Affidavit is identical unless otherwise noted.

[4] The Social Security Administration, Office of Inspector General has confirmed that social security number xxx-xx-4349 is assigned to J.C.

26-MJ-5018-JGD

### Use of the J.C. SNAP Benefits in Massachusetts

19. Transaction records dating between April 30, 2022 and April 29, 2025, show that an EBT card issued by the MA DTA to the individual claiming to be J.C. was used at a variety of stores in Massachusetts, including Price Rite and Stop & Shop.

### Use of the Victim J.C. Identity at the MA Registry of Motor Vehicles

20. This investigation has revealed MA Registry of Motor Vehicles ("RMV") interactions utilizing the J.C. identity occurring in 2004, 2005, 2007, 2010, 2014, and 2015. Photographs of the individual purporting to be J.C. were taken as part of the interactions in 2004 and 2014. The RMV photographs associated with the J.C. identity, below, appear to depict the same individual, but are not consistent with the appearance of the individual believed to be the real J.C., whose photograph I have reviewed.

**11/9/2004 Image Date**          **11/13/2014 Image Date**

   

21. On or about November 13, 2014, the individual posing as J.C. appeared in person at a MA RMV service center and submitted a written application to renew a driver's license. On the application, the applicant represented himself as J.C. with the date of birth xx/xx/1976, and SSN xxx-xx-4349. The RMV took the above 11/13/2014 dated photograph of the applicant as part of the driver's license renewal application.

22. On June 16, 2015, the individual posing as J.C. submitted a written application for

a duplicate driver's license. On the application, the applicant represented himself as J.C. with the date of birth, xx/xx/1976, and SSN, xxx-xx-4349. This driver's license expired on October 29, 2019.

23. The individual purporting to be J.C. signed these applications under penalty of perjury. As a result of these applications, the RMV issued the person purporting to be J.C. two driver's licenses bearing number Sxxxx9168 and the 11/13/2014 photograph. According to MA RMV records, one of the addresses associated with J.C.'s RMV account was on Blue Hill Avenue in Dorchester, MA (the address provided to the MA DTA in applying for SNAP benefits).

**MassHealth Benefits**

24. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health benefits is unlawful. *See, e.g.*, 18 U.S.C. §§ 1035 and 1347.

25. According to MassHealth records, the individual using the J.C. identity started receiving MassHealth benefits in 2005. He received benefits in 2005, 2006, 2009 through 2014, 2016, and 2018 through 2024. In total, approximately $49,699.26 in MassHealth benefits were received by the individual claiming to be J.C.

26. On or about August 22, 2025, the individual using the J.C. identity submitted an affidavit to MassHealth to verify his Massachusetts residency. On the affidavit, he identified himself as J.C.C. with a date of birth xx/xx/1976, and residential address at the Blue Hill Avenue address in Dorchester, MA. The affidavit form included the following language: "By signing

below, I swear under the pains and penalties of perjury that everything on this form is true and complete to the best of my knowledge. I know that if I lie on this form, my health coverage might end and I might have to repay Massachusetts for any tax credits or health benefits I got." The individual signed below this paragraph using the name J.A.C.

### Criminal History in Victim's Name

27. The individual posing as J.C. was convicted, in the name of the victim, J.C., of three counts of malicious destruction of property in 2006 in Roxbury District Court. He was sentenced to one year of probation.

### Imposter's True Identity

28. The Dominican Republic has a national identification card which is called a Cedula. HSI queried the Cedula database and identified Cedula Number xxx-xxxxx48-8 bearing the name Danis Esteban Piron Lara with the date of birth xx/xx/1974. Piron Lara's Cedula contained his photograph, fingerprint impressions, and the names of his parents.

29. On or about August 23, 2006, Boston Police arrested a man purporting to be J.C. for operating a vehicle with a suspended license and obtained his fingerprint impressions during the booking process.

30. The fingerprint impressions from Piron Lara's Cedula and the fingerprint impressions obtained by Boston Police during the booking of J.C. on August 23, 2006, were sent to the HSI Forensics Laboratory for analysis. The HSI Forensics Laboratory determined that these fingerprint impressions were made by the same person.

31. Based on the foregoing information, I believe the imposter's true identity is Danis

Esteban Piron Lara, and that he is a citizen and national of the Dominican Republic.[5] I further believe that he is not J.C., who he claimed to be in Massachusetts driver's license applications and in obtaining Massachusetts SNAP benefits and MassHealth benefits.

## Conclusion

32. I submit there is probable cause to believe that from between April 2021 and June 2025, Danis Esteban Piron Lara, posing as J.C., did knowingly use, transfer, acquire, or possess SNAP benefits in any manner contrary to Chapter 51 of Title 7 of the United States Code or the regulations issued pursuant thereto in an amount of $5,000 or more, in violation of 7 U.S.C. § 2024(b). I further submit there is probable cause to believe that on or about August 22, 2025, Danis Esteban Piron Lara, posing as J.C., did knowingly and willfully make a material false statement in connection with the delivery of health care benefits, items, or services, in violation of 18 U.S.C. § 1035(a)(2). I further submit there is probable cause to believe that on or about August 22, 2025, Danis Esteban Piron Lara, posing as J.C., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028A(c), to wit, making false statements relating to a health care program, and without lawful authority, a means of identification of another person,

---

[5] Immigration records show that Piron Lara entered the United States at an unknown date and time. He later applied for and was granted a provisional unlawful presence waiver. I am unaware of any records indicating that Piron Lara has lawful status in the United States.

26-MJ-5018-JGD

namely J.C., in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury,

_____
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1 this Mar 3, 2026 day of March 2026.

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE